```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 16353
   RAYMOND BOYD
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5365

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/26/2004 and was confirmed 06/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  59.86%.

     The case was paid in full 05/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AUTO ONE ACCEPTANCE       SECURED             7571.06        284.38         7571.06
HOUSTON FUNDING CORP      SECURED                 .00           .00             .00
HOUSTON FUNDING CORP      UNSECURED           1290.13           .00          772.30
PARTNERS FIRST HOLDINGS   UNSECURED           2432.91           .00         1456.40
FIRST NORTH AMERICAN NAT  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED            8254.06          .00         4941.06
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED           .00             .00
MBNA AMERICA              UNSECURED         NOT FILED           .00             .00
MBNA AMERICA              NOTICE ONLY       NOT FILED           .00             .00
MBNA AMERICA              NOTICE ONLY       NOT FILED           .00             .00
SEARS                     UNSECURED OTH       267.50            .00          160.12
SEARS                     NOTICE ONLY       NOT FILED           .00             .00
WARDS                     UNSECURED         NOT FILED           .00             .00
WORLD FINANCIAL NETWORK   UNSECURED           1064.74           .00          637.38
WORLD FINANCIAL NETWORK   NOTICE ONLY       NOT FILED           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED            576.90           .00          345.35
ASSET ACCEPTANCE CORP     UNSECURED           1271.48           .00          761.14
CAPITAL ONE BANK          UNSECURED            837.81           .00          501.53
RETAILERS NATIONAL BANK   UNSECURED         NOT FILED           .00             .00
RETAILERS NATIONAL BANK   NOTICE ONLY       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED           .00             .00
ADLER & ADLER & ASSOC     UNSECURED         NOT FILED           .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                           1,109.28
DEBTOR REFUND             REFUND                                              590.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 16353 RAYMOND BOYD
```

```
TRUSTEE                                   21,830.00

PRIORITY                                                          .00
SECURED                                                      7,571.06
    INTEREST                                                   284.38
UNSECURED                                                    9,575.28
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         1,109.28
DEBTOR REFUND                                                  590.00
                                   ---------------    ---------------
TOTALS                                    21,830.00         21,830.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                              PAGE   2
          CASE NO. 04 B 16353 RAYMOND BOYD